HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONNIE R. WILSON, | ) No.: 3:13-cv-01836-JST |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER FOR |
| | ) DISMISSAL |
| CAROLYN W. COLVIN, | ) |
| Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's fees and costs.

///

//

/

1

STIPULATION AND ORDER

MELINDA L. HAAG
United States Attorney

Dated: September 4, 2013 /s/_____
BRENDA M. PULLIN
Special Assistant U.S. Attorney

Dated: September 4, 2013 /s/_____
HARVEY P. SACKETT
Attorney for Plaintiff
LONNIE R. WILSON

IT IS SO ORDERED.

Dated: September 4, 2013 _____
HON. JON S. TIGAR
United States District Judge

2

STIPULATION AND ORDER