1 | HARVEY P. SACKETT (72488)
2 | **SACKETT AND ASSOCIATES**
3 | A PROFESSIONAL LAW CORP.
  | 1055 Lincoln Avenue
4 | Post Office Box 5025
  | San Jose, California 95150-5025
5 | Telephone: (408) 295-7755
6 | Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LONNIE R. WILSON, | ) No.: 3:13-cv-01836-JST |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER FOR |
|  | ) DISMISSAL |
| CAROLYN W. COLVIN, | ) |
| Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's fees and costs.

///

//

/

1

STIPULATION AND ORDER

| | |
|---|---|
| | MELINDA L. HAAG<br>United States Attorney |
| Dated: September 4, 2013 | /s/_____<br>BRENDA M. PULLIN<br>Special Assistant U.S. Attorney |
| Dated:  September 4, 2013 | /s/_____<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>LONNIE R. WILSON |

IT IS SO ORDERED.

Dated: September 4, 2013            _____
                                    HON. JON S. TIGAR
                                    United States District Judge

STIPULATION AND ORDER

2